IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSHUA ALEXANDER HOVIS,          )
                                 )
                Plaintiff,       )
                                 )
     v.                          )            1:26cv194
                                 )
BENNETTSVILLE F.C.I.,            )
                                 )
                Defendant.       )

## ORDER

On March 16, 2026, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED sua sponte without prejudice to Petitioner filing in the proper district after exhausting any available administrative remedies.

                              /s/   Thomas D. Schroeder
                              United States District Judge

April 9, 2026